In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-053 CV


____________________



TONY CHRISS PIPKIN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 253rd District Court


Liberty County, Texas


Trial Cause No. CV 64897






MEMORANDUM OPINION (1)


 On May 8, 2003, we notified the parties that the appeal would be dismissed for want
of prosecution unless arrangements were made for filing the record or the appellant
explained why he needed time for filing the record. Appellant did not respond. The
appellant is not entitled to proceed without payment of costs. Tex. R. App. P. 20.1. 
There being no satisfactory explanation for the failure to file the record, the appeal is
dismissed for want of prosecution. Tex. R. App. P. 37.3(b). Costs are assessed against
appellant.

 APPEAL DISMISSED. 

 PER CURIAM


Opinion Delivered June 19, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.